FILED AUG 04 '09 11:37 USBCRI

# BOYAJIAN, HARRINGTON & RICHARDSON         COUNSELLORS AT LAW

JOHN BOYAJIAN                                          182 WATERMAN STREET
ALDEN C. HARRINGTON                                    PROVIDENCE
ANDREW S. RICHARDSON                                   RHODE ISLAND 02906
                                                       (401) 273-9600
STEVEN J. BOYAJIAN                                     FAX 273-9605


July 29, 2009


U.S. Bankruptcy Court
380 Westminster Mall
Providence, RI 02903

Ladies and Gentlemen:

Enclosed is check#77554 issued from the Chapter 13 Account. This check is for unclaimed funds issued to Donnie McCutcheon in the matter of In re: McCutcheon, BK-08-12110.

Very truly yours,

John Boyajian (/mah)

John Boyajian

JB/mah
Encl.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

| | | | |
|---|---|---|---|
| 4B | John Boyajian<br>CHAPTER 13 STANDING TRUSTEE<br>P.O. Box 2553<br>Providence, RI 02906 | 64-79<br>611<br>SunTrust Bank<br>Knoxville, TN 78784 | 077554 |

| CLAIM NO. | DEBTOR'S NAME | VOID AFTER 90 DAYS<br>MO.  DAY  YEAR | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|
| 999 | In RE MCCUTCHEON, DONNIE | 07  29  2009 | 0812110 | **1,777.68*** |

CLASSIFICATION

REFUND        *****One Thousand Seven Hundred Seventy Seven Dollars and 68/100*****

INTEREST PORTION
.00

TO THE ORDER OF
CLERK, US BANKRUPTCY COURT*****
380 Westminster Mall
Providence, RI 02903-

MEMO

BALANCE DUE AFTER THIS CHECK
Continuing

John Boyajian

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK – HOLD AT ANGLE TO VIEW

⑈077554⑈ ⑆061100790⑆ 000000575 2035 ⑈

---

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# 66946         AO

August 04, 2009
14:43:27

REGISTRY
08-12110

Debtor.: DONNIE MCCUTCHEON
Judge..: ARTHUR VOTOLATO
Trustee: John Boyajian
Amount.:        $1,777.68 CH
Check#.: 554


Total-> $1,777.68


FROM: BOYAJIAN HARRINGTON RICHARDSON